AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

**FILED**

**JUL 2 2 2019**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America )
v. )
) Case No. 4:19 MJ 6189 PLC
)
TERRELL ANDRE HARROLD )
and )
THOMAS LAMAR PERRY )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 20, 2019 in the county of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591(a) & 2 | did in or affecting interstate commerce, knowingly recruit, entice, provide, obtain and transport a person under the age of 18 knowing that would be caused to engage in a commercial sex act |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Michael Slaughter, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/22/19

*Judge's signature*

City and state: St. Louis, Missouri      Honorable Patricia L. Cohen, U.S. Magistrate Judge

*Printed name and title*